# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO



UNITED STATES OF AMERICA,

v.

CR 18 0600 WHA

MICHAEL SHIFERAW, and
MERON SHIFERAW,

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 2113(a) – Bank Robbery;
18 U.S.C. § 2 – Aiding and Abetting;
18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

A true bill.

_____
Foreman

Filed in open court this __13__ day of
_December, 2018_.

_____
Clerk

SALLIE KIM
United States Magistrate Judge

Bail, $ _____

NO PROCESS
for Michael Shiferaw

NO BAIL ARREST WARRANT
for Meron Shiferaw

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

---

**OFFENSE CHARGED**

Count One 18 U.S.C. §§ 2113(a) and 2 (Bank Robbery, Aiding and Abetting Bank Robbery) [Class C Felony]

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count One: 20 years imprisonment, $250,000 fine, $100.00 special assessment and 3 years supervised release.

---

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

FILED
DEC 13 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**

▶ MICHAEL SHIFERAW

DISTRICT COURT NUMBER

**CR 18 0600 WHA**

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

FBI Special Agent Jeffrey Kim

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
3-18-71726-SK

---

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

---

Name and Office of Person Furnishing Information on this form

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Joseph E. Springsteen

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**— OFFENSE CHARGED —**

Count One 18 U.S.C. §§ 2113(a) and 2 (Bank Robbery, Aiding and Abetting Bank Robbery) [Class C Felony]

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count One: 20 years imprisonment, $250,000 fine, $100.00 special assessment and 3 years supervised release.

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

FILED
DEC 13 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**— DEFENDANT - U.S —**

▶ MICHAEL SHIFERAW

DISTRICT COURT NUMBER

**CR 18 0600 WHA**

**— PROCEEDING —**

Name of Complainant Agency, or Person (& Title, if any)

FBI Special Agent Jeffrey Kim

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

3-18-71726-SK

Name and Office of Person Furnishing Information on this form  _____

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Joseph E. Springsteen

**— DEFENDANT —**

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction   ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**— ADDITIONAL INFORMATION OR COMMENTS —**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address: _____

Date/Time: _____   Before Judge: _____

Comments:

1  ALEX G. TSE (CABN 152348)
   United States Attorney



FILED
DEC 13 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,   )  No. CR 18 0600 WHA
                            )
            Plaintiff,      )
                            )
     v.                     )  VIOLATIONS: 18 U.S.C. § 2113(a) – Bank
                            )  Robbery; 18 U.S.C. § 2 – Aiding and Abetting
MICHAEL SHIFERAW and        )  18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) –
MERON SHIFERAW,             )  Forfeiture Allegation
                            )
            Defendants.     )
                            )
_____)

INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. §§ 2113(a) and 2 – Bank Robbery)

On or about November 23, 2018, in the Northern District of California, the defendants,

MICHAEL SHIFERAW and
MERON SHIFERAW

did take, and aid and abet the taking, by force, violence, and intimidation from the persons and presence of another money, namely $21,100.00 in United States currency, belonging to and in the care, custody, control, management, and possession of Citibank located at 2198 Chestnut St, San Francisco, California,

INDICTMENT

the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a) and 2.

FORFEITURE ALLEGATION: (18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c))

1. The factual allegations contained in Count One of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon a conviction of any of the offenses alleged in Count One, the defendants,

        MICHAEL SHIFERAW and
        MERON SHIFERAW,

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all right, title, and interest in any property, real or personal, constituting and derived from any proceeds traceable to such offenses, including but not limited to a forfeiture money judgment.

3. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

any and all interest the defendants have in any other property (not to exceed the value of the above forfeitable property) shall be forfeited to the United States pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

All in violation of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and pursuant to the procedures of 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure.

//
//
//

INDICTMENT        2

1 | DATED: Dec. 13, 2018                A TRUE BILL.

                                        _____
                                        FOREPERSON

5 | ALEX G. TSE
    United States Attorney

    _____
    HALLIE HOFFMAN
    Chief, General Crimes Unit

10 | (Approved as to form: _____
                           JOSEPH E. SPRINGSTEEN
                           Assistant United States Attorney

INDICTMENT                                      3

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA



## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:** CR 18 0600

USA v.   MICHAEL SHIFERAW and MERON SHIFERAW            CR

| | | | |
|---|---|---|---|
| **Is This Case Under Seal?** | Yes ✓ | No | |
| **Total Number of Defendants:** | 1 | 2-7 ✓ | 8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✓ | |
| **Venue (Per Crim. L.R. 18-1):** | SF ✓ | OAK | SJ |
| **Is this a potential high-cost case?** | Yes | No ✓ | |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✓ | |
| **Is this a RICO Act gang case?** | Yes | No ✓ | |

**Assigned AUSA (Lead Attorney):** AUSA Joseph E. Springsteen    **Date Submitted:** 12/13/2018

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)    RESET FORM    SAVE PDF